Minnie F. Chapman, Appellee, v. Emma F. Chapman, Formerly Frankie Chapman Abbott, Appellant.

Gen. No. 9,499.

Heard in this court at October term, 1939; opinion filed January 25, 1940. Sears, O'Brien & Streit, for appellant; Barnabas F. Sears, of counsel; Beamish, Edwards & Brunnemeyer and Francis J. Steinbrecher, for appellees; Harold L. Beamish and Francis J. Steinbrecher, of counsel. Opinion by JUSTICE HUFFMAN. "Not to be published in full."